*Mr. George B. Winston,* for Appellant.

*Mr. W. H. Trippet,* for Respondents.

---

No. 1,864.—STATE EX REL. DONOVAN, ATTORNEY GEN-ERAL, RELATOR, *v.* McGIFFIN, ASSESSOR, ET AL., RESPOND-ENTS.

Original—Alternative Writ of Mandate.

Decided October 9, 1902.

PER CURIAM.—Relator's application for an alternative writ of mandate is denied.

Decided October 11, 1902.

PER CURIAM.—Relator's amended application for an alternative writ of mandate is denied.

Decided October 16, 1902.

PER CURIAM.—Relator's second amended application for an alternative writ of mandate,—this day submitted to the court, is hereby denied.

(MR. JUSTICE PIGOTT, being disqualified, takes no part in making the foregoing orders.)

*Mr. James Donovan, in pro. per.*